IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SAMMIE SINGLETARY,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3799

Opinion filed February 13, 2015.

Petition for Writ of Certiorari – Original Jurisdiction.

Sammie Singletary, pro se, Petitioner.

Barbara Debelius, Assistant General Counsel, Department of Corrections, Tallahassee,
for Respondent.

PER CURIAM.

        DENIED.

LEWIS, C.J., WOLF and ROBERTS, JJ., CONCUR.